IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>PAUL M. SCHULTZ, Warden,<br><br>　　　　　Respondent. | No. CV-F-05-388 REC/TAG HC<br><br>ORDER DISMISSING PETITION<br>FOR WRIT OF HABEAS CORPUS<br>PURSUANT TO 28 U.S.C. § 2241<br>AND DIRECTING ENTRY OF<br>JUDGMENT FOR RESPONDENT |

　　　On June 27, 2005, the United States Magistrate Judge recommended that the court dismiss petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241.

　　　On July 19, 2005, petitioner timely filed objections to the recommendation.

　　　The court has reviewed the record herein de novo and concurs in the recommendation. Petitioner has attempted several times to raise this claim for relief pursuant to 28 U.S.C. § 2255 and been denied that the United States District Court for the Northern District of Texas and the United States Court of Appeal for the

1

Fifth Circuit.  The court also notes that petitioner filed a petition for relief under 28 U.S.C. § 2241 in the United States District Court for the Western District of Louisiana, the dismissal of which was affirmed by the Fifth Circuit.  See <u>Fisher v. Casterlane</u>, 54 Fed.Appx. 797 (5th Cir. 2002).  Therefore, petitioner is precluded by 28 U.S.C. § 2244(a) from proceeding with the same claim in this court.

ACCORDINGLY:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed.

2. The Clerk of the Court is directed to enter judgment for respondent.

IT IS SO ORDERED.

**Dated:  July 29, 2005**       /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE