UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER, | ) |
|  | ) 1:05-CV-0388-REC-TAG-HC |
| Petitioner, | ) |
|  | ) ORDER GRANTING MOTION TO PROCEED |
| v. | ) IN FORMA PAUPERIS ON APPEAL (Doc. 16) |
|  | ) |
| PAUL M. SCHULTZ, Warden, | ) ORDER DIRECTING CLERK TO SERVE |
|  | ) COPY OF ORDER ON COURT OF APPEALS |
| Respondent. | ) (#05-16612) |
|  | ) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 1, 2005, judgment was entered denying the petition for writ of habeas corpus. (Doc. 9). On August 11, 2005, petitioner filed his notice of appeal. (Doc. 12) On August 26, 2005, petitioner filed an application to proceed in forma pauperis on appeal. (Doc. 16). Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal.

Accordingly, petitioner's application to proceed in forma pauperis on appeal (Doc. 16), is HEREBY GRANTED. See 28 U.S.C. § 1915. The Clerk of the Court is DIRECTED to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   September 28, 2005**          /s/ Theresa A. Goldner
j6eb3d                          UNITED STATES MAGISTRATE JUDGE