IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD JEROME FISHER, | ) | No. CV-F-05-388 REC/TAG HC |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| Petitioner, | ) | AS MOOT (Doc. 15) |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL M. SCHULTZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner's motion for reconsideration of the court's order declining to issue a certificate of appealability is hereby denied as moot, the Ninth Circuit having denied petitioner's request for certificate of appealability.

IT IS SO ORDERED.

**Dated: March 13, 2006**                    **/s/ Robert E. Coyle**
668554                                        UNITED STATES DISTRICT JUDGE

1